UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 17-237 (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER |
| LUMINAIRE ENVIRONMENTAL and TECHNOLOGIES, INC., JOHN D. MILLER, JR., and JOSEPH V. MILLER, | |
| Defendants. | |

Oral argument was heard on April 11, 2018 upon the following motions: [1]

#30  Defendants' Motion for Discovery
#31  Defendants' Motion for Release of Brady Materials
#32  Defendants' Motion for Disclosure of 404(b) Evidence
#33  Defendants' Motion to Retain Rough Notes
#34  Defendants' Motion for Early Disclosure of Jencks Act Material

Benjamin F. Langner, Assistant U.S. Attorney, appeared on behalf of Plaintiff; Aaron J. Morrison, Esq., appeared on behalf of Defendant Luminaire Environmental Technologies, Inc.; Joseph S. Friedberg, Esq., appeared on behalf of John D. Miller, Jr.; and Earl P. Gray, Esq., appeared on behalf of Defendant Joseph V. Miller.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendants' Motion for Discovery Pursuant to Rule 16 [Docket No. 30] is GRANTED. The Government has represented that it has provided and will continue to

---

[1] The Court will issue a separate Report and Recommendation on Defendants' Motion to Dismiss [Docket No. 39].

provide discovery in compliance with Rule 16. Defendants are similarly ordered to make reciprocal disclosures if and when they possess responsive materials.

2.  Defendants' Motion for Release of *Brady/Giglio* Evidence [Docket No. 31] is GRANTED. The Government has represented that all such evidence has been or will be produced.

3.  Defendants' Motion for Disclosure of 404(b) Evidence [Docket No. 32] is GRANTED. The Government shall produce all 404(b) evidence no later than 30 days prior to trial, with further disclosures if additional evidence is discovered thereafter.

4.  Defendants' Motion to Retain Rough Notes [Docket No. 33] is GRANTED. While the Government must retain its rough notes, it is not required to produce them at this time.

5.  Defendants' Motion for Early Disclosure of Jencks Act Material [Docket No. 34] is DENIED as moot based upon the Government's representation that it will voluntarily provide such material no later than fifteen days before trial.

Dated:   April 11, 2018

                                                    DAVID T. SCHULTZ
                                                    United States Magistrate Judge